THEODORE L. EARLE, Respondent, Appellant, v. HESTER RENWICK EARLE, Appellant, and F. YOULDEN COWLE, Answering Defendant, Appellant.— Plaintiff's appeal dismissed, without costs. Judgment and order reversed and new trial granted, with costs to defendant Earle to abide the event, on the following grounds: (a) Because the ruling at folio 1270 was wrong, to the manifest prejudice of the defendants; and (b) because the general conduct of the trial was improper, to the same prejudice; and also that the presumption is that the entire testimony of the " Polish " girl, which appears in the record, was read to the jury where the contrary does not clearly appear. Mills and Rich, JJ., concurred; Blackmar, J., concurred, being also of opinion that the evidence was not sufficient to sustain the verdict; Jenks, P. J., and Kelly, J., voted to affirm.

FRANK J. FELBEL, as Assignee, etc., Respondent, v. STEPHEN E. JACKMAN, Appellant, and Another, Defendant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

PETER HANTZ, Appellant, v. KAROLINA DANNER, as Administratrix, etc., of ADAM DANNER, Deceased, Respondent.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

JOHN HEARON, Respondent, v. JAMES SHEWAN & SONS, INC., Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.